# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          NO. 4:15CR00069-001   SWW

JED STEWART LINEBERRY                                       DEFENDANT

## ORDER

Pending before the Court is defendant's second motion for early termination of supervised release previously imposed. The government has filed a response objecting to the early termination of supervised release. The probation officer has advised the Court that the defendant has not demonstrated overall progress in meeting supervision objectives. Specifically, the defendant incurred a moderate severity violation when the Little Rock Police Department responded to a call that the defendant was involved in an incident of alleged domestic violence. Furthermore, the defendant is not eligible for early termination based on the criteria listed in the Supervision Monograph 109 as the defendant presents identified risk to his ex-wife. The government has filed a response objecting to the early termination of supervised release. As the government noted in their response, this contradicts defendant's representations to the Court regarding his conduct.

The Court has considered the defendant's motion, government's response, and the information provided by the U.S. Probation Officer and finds that defendant's motion should be denied.

IT IS THEREFORE ORDERED that defendant's second motion for early termination of supervised release [doc #9] previously imposed be, and it is hereby, **DENIED**.

Dated this 7th day of March 2016.

/s/Susan Webber Wright
United States District Judge